# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| In re: | ) BANKRUPTCY CASE NO. 19-20770-MJK </br> ) </br> ) CHAPTER 13 |
| Garfield L. Seymour, Jr., *dba* </br> GKS Repo fdba Presidential Limo & Party Bus, | ) </br> ) JUDGE Michele J. Kim </br> ) </br> ) |
| Debtor. | |

## NOTICE OF FORBEARANCE DUE TO THE COVID-19 PANDEMIC

COMES NOW Creditor Lakeview Loan Servicing LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice of Forbearance to the Court based on the Debtor's request for mortgage payment forbearance due to hardship caused by the COVID-19 pandemic.

The Debtor contacted Creditor requesting a forbearance period of six (6) months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting May 1, 2020 through October 1, 2020. Creditor has granted the Debtor's forbearance request. To the extent the forbearance period is not extended for an additional period of time as provided under the CARES Act, Debtor will resume mortgage payments beginning November 1, 2020. Near the end of the forbearance period, debtor, through counsel, will need to engage with creditor on a solution for payments suspended during the forbearance.

Creditor does not waive any rights to collect the payments that come due during the forbearance period. Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

Creditor does not waive its rights to seek relief from the automatic stay for other reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

Respectfully submitted, this 22nd day of May, 2020

/s/Heather D. Bock
Heather D. Bock, Georgia Bar No. 122806
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
(678) 281-6444
heather.bock@mccalla.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| In re: | ) BANKRUPTCY CASE NO. 19-20770-MJK<br>)<br>) CHAPTER 13 |
| Garfield L. Seymour, Jr., *dba*<br>GKS Repo fdba Presidential Limo & Party Bus, | )<br>) JUDGE Michele J. Kim<br>)<br>) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties via first class mail or via ECF Notification where indicated on this 22nd day of May, 2020:

Garfield L. Seymour, Jr.
1058 Tamara Drive SE
Darien, GA 31305

R. Flay Cabiness
2225 Gloucester Street
Brunswick, GA 31520
*Served via ECF Notification*

M. Elaina Massey
Post Office Box 1717
Brunswick, GA 31521
*Served via ECF Notification*

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on May 22, 2020          By:  */s/Heather D. Bock*
                                       Heather D. Bock, GA Bar No. 122806