**IT IS ORDERED as set forth below:**



**Date: May 29, 2020**

_____
Michele J. Kim
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| GARFIELD L. SEYMOUR, JR. | ) NO.: 19-20770 |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| GARFIELD L. SEYMOUR, JR. | ) |
| | ) |
| Movant, | ) |
| vs. | ) |
| | ) |
| LAKEVIEW LOAN SERVICING, LLC, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

CONSENT ORDER RESOLVING THE OBJECTION TO DETERMINE MORTGAGE FEES
AND EXPENSES [Related to Doc 26]

IT IS HEREBY ORDERED that the parties herein agree that the total fees and costs

listed in the Notices of Postpetition Mortgage Fees, Expenses, and Charges filed on April 15,

2020 and February 14, 2020 will be reduced to $350. The $350 fee breakdown is as follows:

$150 for Plan Review and $200 for Proof of Claim filing.


END OF DOCUMENT

CONSENTED TO BY:


*/s/ Maria Tsagaris*
Maria Tsagaris, GA Bar No. 143071
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
Phone Number: 678-281-6532
Maria.Tsagaris@mccalla.com



 _*/s/ R. Flay Cabiness*_____
R. Flay Cabiness, Bar No. 002689
Bankruptcy Group, LLC
Attorney for Debtor
Phone Number: 912-262-0285
2225 Gloucester Street
Brunswick, GA 31520



*/s/ M. Elaina Massey*_____
M. Elaina Massey, Bar No. 016118
Chapter 13 Trustee
Post Office Box 1717
Brunswick, GA 31521
Phone Number: 912-466-9787