# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

Garfield L. Seymour, Jr.
1058 Tamara Drive Se
Darien, GA  31305

Social Security No.:   XXX-XX-2055

Chapter 13
Case No. 19-20770-MJK

Debtor(s)

## TRUSTEE'S REPORT OF CONFIRMATION

On Tuesday, February 11, 2020 the Bankruptcy Court confirmed the above debtor (s)' plan with payments of $1,800.00 MONTHLY for a period of 60 months. The dividend to unsecured creditors will be 100%. Disbursements shall be made by M. Elaina Massey, Trustee, to the following creditors:

| Claim # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|
| ADMIN FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $0.00 |
| FILING FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $0.00 |
| ATTY FEE | R. FLAY CABINESS II, PC | PRIORITY | $4,500.00 |
| 0001 | NAVY FEDERAL CREDIT UNION | UNSECURED | $21,319.25 |
| 0002 | NAVY FEDERAL CREDIT UNION | UNSECURED | $17,303.77 |
| 0003 | W.S. BADCOCK CORPORATION | SECURED | $1,522.88 |
| 0004 | WAYFINDER BK AS AGENT FOR PERFORMANCE FIN | MOTOR VEHICLE | $24,636.00 |
| 0005 | COMCAST | UNSECURED | $234.93 |
| 0006 | ANKLE & FOOT ASSOCIATES, LLC | UNSECURED | $71.00 |
| 0007 | WORLD ACCEPTANCE CORP | UNSECURED | $3,386.00 |
| 0008 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | $17.22 |
| 0010 | LVNV FUNDING LLC | UNSECURED | $489.60 |
| 0011 | INTERSTATE UNLIMITED FCU | UNSECURED | $873.09 |
| 0012 | INTERSTATE UNLIMITED FCU | MOTOR VEHICLE | $1,294.47 |
| 0013 | INTERSTATE UNLIMITED FCU | MOTOR VEHICLE | $3,196.33 |
| 0014 | INTERSTATE UNLIMITED FCU | MOTOR VEHICLE | $8,552.86 |
| 10004 | WAYFINDER BK AS AGENT FOR PERFORMANCE FIN | UNSECURED | $416.93 |
| 10009 | M & T BANK | MTG - Pre-Petition Arrears | $3,468.70 |

Page 1 of 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Report of Confirmation have been forwarded by first class mail, postage prepaid, to the debtor(s), debtor(s)' attorney In this case and all parties listed above.

Dated this Wednesday, October 7, 2020

/s / Tonya Posey

for the Office of M. Elaina Massey, Chapter 13 Trustee
Post Office Box 1717
Brunswick, Georgia 31521
(912) 466-9787

TMP