# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:

    Garfield L. Seymour, Jr.
    1058 Tamara Drive Se
    Darien, GA 31305
    SSN:  XXX-XX-2055

Chapter 13
Case No. 19-20770-MJK

Debtor(s)

## MOTION TO DISMISS

COMES NOW, M. Elaina Massey, Chapter 13 Trustee and shows that the above-named debtor is in default under the terms of his proposed Chapter 13 plan in the amount and as of the date shown below:

    Amount of Default:  $8,900.00
    As of:  October 22, 2020
    Date of Last Payment:  October 09, 2020

WHEREFORE, said Trustee moves to dismiss the case for failure to make promised payments of $1,800.00 MONTHLY.

RESPECTFULLY SUBMITTED this Thursday, October 22, 2020

    /s / M. Elaina Massey
    M. Elaina Massey
    Chapter 13 Trustee
    Georgia Bar No. 016118

## NOTICE ON MOTION TO DISMISS

Pursuant to direction by the Court, notice is hereby given that unless the debtor pays the arrearage in full or requests a hearing in writing showing good cause concerning this motion within twenty one (21) days of the date shown below, the case shall be dismissed. *COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.*

The undersigned hereby certifies that copies of this motion and notice have been forwarded by first-class mail, postage prepaid, to the above-named debtor(s) and by notice of electronic filing for the following Filing Users on Thursday, 22 October, 2020.

cc: R. Flay Cabiness Ii, Pc
    The Bankruptcy Group, Llc
    2225 Gloucester Street
    Brunswick, GA 31520

    /s / M. Elaina Massey
    M. Elaina Massey
    Chapter 13 Trustee

CLY