**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTEHRN DISTRICT OF GEORGIA**

```
IN RE:                          :
                                :       Chapter 13
Garfield L. Seymour, Jr.,       :       Case No. 19-20770
                                :
    Debtor(s)                   :
```

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Garfield L. Seymour, Jr., by and through his attorney, and requests to be heard in response to the Trustee's Motion to Dismiss.

This the __23rd__ day of __October__, 2020.


                                          Respectfully submitted,


                                          BY:/S/ R. Flay Cabiness
                                              R. FLAY CABINESS,
                                             Georgia State Bar No. 002689


2225 Gloucester Street
Brunswick, Ga. 31520
(912) 554-3774

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have this date served a copy of the within **RESPONSE TO TRUSTEE'S MOTION TO DISMISS** in the foregoing matter to all interested parties, by depositing same in the United States Mail with adequate postage affixed thereto, properly addressed as shown below:

<u>**VIA ELECTRONIC MEANS**</u>

    M. Elaina Massey

    This the __23rd__ day of __October__, 2020.

Respectfully submitted,

By: _/S/ R. Flay Cabiness_____
    R. Flay Cabiness
    Georgia State Bar No. 002689

2225 Gloucester Street
Brunswick, Georgia 31520
(912) 554-3774