**IT IS ORDERED as set forth below:**



Date: February 2, 2021

_Michele J. Kim_
United States Bankruptcy Judge
Southern District of Georgia

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:

Garfield L. Seymour, Jr.
1058 Tamara Drive Se
Darien, GA 31305
SSN: XXX-XX-2055

Chapter 13
Case No. 19-20770-MJK

Debtor(s)

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee filed a Motion to Dismiss the above-styled case. Subsequent to filing the Motion, Debtor(s), Counsel for Debtor(s), and the Chapter 13 Trustee have resolved the motion and agreed to the following terms:

- ☑ Beginning with the payment due in January, 2021, Debtor(s) will make payments to the Chapter 13 Trustee in the amount of **$1,943.00** per month. Debtor must continue making payments in this amount for the balance of the plan.

- ☐ The plan is extended to _____ months.

- ☐ The Trustee will issue a payroll deduction order to the Debtor's employer: _____.

- ☐ Debtor(s) will pay $_____ by _____.

Upon Debtor(s) failure to strictly comply with any terms of this Consent Order, the Trustee shall advise the court and request that the case be dismissed without further notice or hearing. The strict compliance provision(s) outlined above shall apply to all future payments to the Chapter 13 plan including any future modification of payment to the plan for a period of __6__ months, beginning January, 2021.

[END OF DOCUMENT]

Prepared by:

_____
M. Elaina Massey
Chapter 13 Trustee
Bar Number 016118
P.O. Box 1717
Brunswick, GA 31521-1717
(912) 466-9787

Consented to by:

_____
R. FLAY CABINESS II, PC
Attorney for Debtor(s)
Bar Number 002689 GA
THE BANKRUPTCY GROUP, LLC
2225 GLOUCESTER STREET
BRUNSWICK, GA, 31520
(912) 554-3774

_____
Debtor

_____
Debtor

MEM