# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | **CASE NO. 19-20770** |
| GARFIELD SEYMOUR, JR., | : | |
| SS# XXX-XX-2055 | : | |
| | : | |
| | : | |
| **Debtor(s)** | : | |
| | : | |

## SUGGESTION OF DEATH

Comes now, Attorney of record for Debtor, R. Flay Cabiness, II, hereby reports to Court the passing of Debtor, GARFIELD SEYMOUR, JR., on August 22, 2021, and encloses as "Exhibit A" copy of Debtor's Death Certificate.

This 22nd day of September, 2021.

                                              R. FLAY CABINESS, II, P.C.

                                              BY: _/s/ R. Flay Cabiness, II___
                                                    R. Flay Cabiness, II
                                                    Georgia State Bar No. 002689

2225 Gloucester Street
Brunswick, GA 31520
(912) 554-3774

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| | : | CASE NO. 19-20770 |
| Garfield Seymour, Jr., | : | |
| SS# XXX-XX-2055 | : | |
| | : | |
| | : | |
| **Debtor(s)** | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all interested parties with a copy of the within Suggestion of Death as follows:

**VIA ELECTRONIC MAIL**

M. Elaina Massey

This 22nd day of September, 2021.

R. FLAY CABINESS, II, P.C.

BY: _/s/ R. Flay Cabiness, II___
    R. Flay Cabiness, II
    Georgia State Bar No. 002689

2225 Gloucester Street
Brunswick, GA 31520
(912) 554-3774